# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

v.

JAMES A. MAGGIO, TRADE MANAGEMENT, LLC, an Oregon Limited Liabiltiy Company, and TRADE RISK MANAGEMENT, LLC, a Washington Limited Liability Company

JUDGMENT FOR PERMANENT INJUNCTION

CASE NUMBER: C05-5766RJB

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the oral findings of fact and conclusions of law made on the record in this matter, Plaintiff is granted judgment for a permanent injunction as follows:

> Defendants James A. Maggio, Trade Risk Management LLC, (Washington) and Trade Risk Management LLC, (Oregon) and any other person or entity associated with them, including any successor thereof, are permanently restrained, enjoined, and prohibited from, directly or indirectly, from engaging in conduct that violates 7 U.S.C. section 6o(1)(A) and (B) and Commodity Futures Trading Commission Regulations 17 C.F.R. section 4.41(a)(1) and (2) (2002). The injunctive provisions of this Order shall be binding upon Defendants Maggio, Trade Risk Management , LLC (Washington) and Trade Risk Management, LLC (Oregon) and any person insofar as he or she is acting in the capacity of officer, agent, servant or attorney of Defendants Maggio, Trade Risk Management LLC (Washington) and Trade Risk Management LLC (Oregon) and any person who receives actual notice of this Judgment by personal service or otherwise insofar as he or she is acting in active concert or participation with Defendants Maggio, Trade Risk Management LLC (Washington) and Trade Risk Management LLC (Oregon).

Plaintiff is entitled to costs taxed by the clerk upon motion.

November 15, 2007             BRUCE RIFKIN
                                         Clerk

                                         /s/ Dara L. Kaleel
                                         By Dara L. Kaleel, Deputy Clerk